```
               IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE WESTERN DISTRICT OF OKLAHOMA
```

IN RE:                                    CHAPTER 13

BOBBY GENE WILKERSON                      CASE NO. 05-41067 NLJ

      Debtor(s).

COMPLETED
_____
               NOTICE OF TURNOVER OF UNCLAIMED FUNDS
_____

    THE CHAPTER 13 TRUSTEE REPORTS THAT DISBURSEMENT CHECKS HAVE BEEN ISSUED AND MAILED TO CREDITORS AT THEIR LAST KNOWN ADDRESSES. THE FOLLOWING CHECKS HAVE NOT BEEN PRESENTED WITHIN THE PRESCRIBED TIME LIMIT (90 DAYS). ACCOMPANYING THIS NOTICE IS A CHECK PAYABLE TO THE CLERK OF THE COURT IN A CORRESPONDING AMOUNT, IN ACCORDANCE WITH 11 U.S.C. SECTION 347(a) AND 3011.

| DATE | CHECK NO. | PAYEE | ADDRESS | AMOUNT |
|---|---|---|---|---|
| 08/01/2009 | 908787 | SW BELL TELEPHONE | PO BOX 769<br>ARLINGTON, TX 76004 | $ 28.05 |
| 10/01/2009 | 912620 | SW BELL TELEPHONE | PO BOX 769<br>ARLINGTON, TX 76004 | $ 24.75 |

DATED: 02/18/2010

                            /s/ John Hardeman
                          _____

                          CHAPTER 13 TRUSTEE
                          P.O. BOX 1948
                          OKLAHOMA CITY, OK 73101
                          (405)236-4843

                                      #334/LB